UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN E. MUSTILL, | No. 2:21-cv-1720 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| SACRAMENTO COUNTY MAIN JAIL, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

By order filed March 4, 2022, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty-day period has now expired, and plaintiff has not filed a second amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 14, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
must1720.fta