1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SEAN E. MUSTILL,                              No.  2:21-cv-01720-TLN-CKD

12                      Plaintiff,

13              v.                                  **ORDER**

14    SACRAMENTO COUNTY MAIN JAIL,
      et al.,
15
                        Defendants.
16

17          Plaintiff has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The

18    matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

19    Local Rule 302.

20          On April 15, 2022, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  (ECF No. 11.)  Plaintiff has not filed

23    objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27    the file, the Court finds the findings and recommendations to be supported by the record and by

28    the magistrate judge's analysis.

                                                    1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The Findings and Recommendations filed April 15, 2022, (ECF No. 11), are adopted in

3 full; and

4       2.  This action is DISMISSED without prejudice.

5 **DATED:  June 16, 2022**

Troy L. Nunley
United States District Judge

2